AO 455 (Rev. 01/09) Waiver of an Indictment

FILED

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   11-CR-486 (S-2) (DLI) |
| | ) | |
| ALESSANDRO LATINO | ) | |
| *Defendant* | ) | |

COURT'S
EXHIBIT NO. 1
IDENTIFICATION/EVIDENCE
DKT.# 11CR486(S-2)
DATE: 2/5/13
PENGAD 800-631-6989

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:  02/05/2013

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Lawrence Mark Stern
*Printed name of defendant's attorney*

S/DLI

_____
*Judge's signature*

Hon. Dora L. Irizarry
*Judge's printed name and title*