SLR:LDM/BDM:CSK
F.#2010R01661
OCDETF #NYE-NYE-648Z/NY-NYE-670Z

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ALESSANDRO LATINO,

        Defendant.

- - - - - - - - - - - - - - - - - X



ORDER OF FORFEITURE

11 CR 486 (S-2) (DLI)

      WHEREAS, in the above-captioned case, on or about
February 5, 2013, the defendant, ALESSANDRO LATINO, pleaded
guilty to the above-captioned superseding Information, charging a
violation of 18 U.S.C. § 1960(a);

      WHEREAS, pursuant to 18 U.S.C. § 982(a)(1) and 21
U.S.C. § 853(p), the defendant has consented and agreed to the
entry of a forfeiture money judgment in the amount of two
thousand dollars and zero cents ($2,000.00) in United States
currency (the "Forfeiture Money Judgment"), as property, real or
personal, which constitutes or is derived from proceeds traceable
to the defendant's violation of 18 U.S.C. § 1960(a), and/or as
substitute assets;

      IT IS HEREBY ORDERED, ADJUDGED AND DECREED, on consent,
by and between the United States and the defendant as follows:

2

1.    The defendant shall forfeit all his right, title and interest in the Forfeiture Money Judgment pursuant to 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853(p).

2.    Upon consent of the defendant and the government, the Forfeiture Money Judgment shall be paid in full on or before the date the defendant is scheduled to be sentenced by the Court (the "Due Date").  Interest on any unpaid portion of the Forfeiture Money Judgment shall begin to accrue at the judgment rate of interest from the Due Date.  The United States shall be entitled to execute any unpaid portion of the Forfeiture Money Judgment pursuant to 21 U.S.C. § 853(p), the Federal Debt Collection Procedures Act, or any other applicable law.

3.    All payments made by the defendant towards the Forfeiture Money Judgment shall be made by certified bank check, payable to the "United States Marshals Service," and the defendant shall cause said check(s) to be delivered by personal messenger or overnight express mail to Assistant United States Attorney Claire S. Kedeshian, United States Attorney's Office, Eastern District of New York, 271 Cadman Plaza East, 7th Floor, Brooklyn, New York 11201, with the criminal docket number noted on the face of the check.

4.    Upon entry of this Order, the United States

United States v. Alessandro Latino, Order of Forfeiture, CR-11-0486 (S-2)

3

Attorney General or his designee is authorized to conduct any proper discovery in accordance with Fed. R. Crim. P. 32.2(b)(3).

5.    If the Forfeiture Money Judgment, or any portion thereof, is not forfeited to the United States, the United States may seek to enforce this Order against any other assets of the defendant up to the value of the Forfeiture Money Judgment not forfeited pursuant to 21 U.S.C. § 853(p), the Federal Debt Collection Procedures Act, or any other applicable law.   The defendant shall not file or interpose any claim or assist others to file or interpose any claim to the Forfeiture Money Judgment, or to any property against which the government seeks to execute the Forfeiture Money Judgment, in any administrative or judicial proceeding.   The defendant shall take whatever steps are necessary to ensure clear title to the Forfeiture Money Judgment, and/or any property against which the government seeks to execute the Forfeiture Money Judgment passes to the United States, including the execution of any and all documents necessary to effectuate the immediate forfeiture of the Forfeiture Money Judgment, and/or any property against which the government seeks to execute the Forfeiture Money Judgment.   The forfeiture of the Forfeiture Money Judgment shall not be considered a payment of a fine or payment on any income taxes that may be due.


United States v. Alessandro Latino, Order of Forfeiture, CR-11-0486 (S-2)

4

6.    The defendant knowingly and voluntarily waives his right to any required notice concerning the forfeiture of the monies and/or properties forfeited hereunder.  In addition, the defendant knowingly and voluntarily waives his right, if any, to a jury trial on the forfeiture of said monies and/or properties, and waives all constitutional, legal and equitable defenses to the forfeiture of said monies and/or properties, including, but not limited to, any defenses based on principles of double jeopardy, the Ex Post Facto clause of the Constitution, the statute of limitations, venue, or any defense under the Eighth Amendment, including a claim of excessive fines, statute of limitations, and venue.

7.    Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment of conviction.

8.    After the defendant's sentencing, the United States Marshals Service and its duly authorized agents and contractors are directed to dispose of the Forfeiture Money Judgment in accordance with all applicable laws and rules.

9.    This Order shall be binding upon the defendant and the successors, administrators, heirs, assigns and transferees of the defendant, and shall survive the bankruptcy of any of them.

United States v. Alessandro Latino, Order of Forfeiture, CR-11-0486 (S-2)

5

      10.   This Order shall be final and binding only upon the Court's "so ordering" of the order.

      11.   The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

      12.   The Clerk of the Court is directed to send, by inter-office mail, four certified copies of this executed Order to FSA Paralegal, Maritza Arroyo, United States Attorney's Office, Eastern District of New York, 271 Cadman Plaza East, 7th Floor Brooklyn, New York 11201.

Dated: Brooklyn, New York     So Ordered:
       February /2, 2013

                            S/DLI
_____
                HONORABLE DORA L. IRIZARRY
                UNITED STATES DISTRICT JUDGE
                EASTERN DISTRICT OF NEW YORK